**Dismiss and Opinion Filed March 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01570-CV

### MIKE FELICE, B&A PRODUCING, AND RICHARD ENGELKE, Appellants
### V.
### MARK PARMAN AND INTERCONTINENTAL ENERGY, INC., Appellees

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-2773-2011**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Both the filing fee and the clerk's record in this case are overdue. By postcard dated

November 12, 2013, we notified appellants the $195 filing fee was due. We directed appellants

to remit the fee within ten days. We cautioned appellants that failure to do so would result in the

dismissal of this appeal without further notice. By letter dated January 15, 2014, we informed

appellants that we had been notified by the Collin County District Clerk that the clerk's record in

this case had been prepared but had not been filed because appellants had not paid for or made

arrangements to pay for the clerk's record. We directed appellants to provide the Court with

written verification of payment or arrangements to pay for the clerk's record within ten days.

We cautioned appellants that if we did not receive the required verification, we might dismiss the

appeal without further notice. To date, appellants have not paid the filing fee, provided the

required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

131570F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MIKE FELICE, B&A PRODUCING, AND
RICHARD ENGELKE, Appellants

No. 05-13-01570-CV        V.

MARK PARMAN AND
INTERCONTINENTAL ENERGY, INC.,
Appellees

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-2773-2011.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
        It is **ORDERED** that appellees MARK PARMAN AND INTERCONTINENTAL
ENERGY, INC. recover their costs of this appeal from appellants MIKE FELICE, B&A
PRODUCING, AND RICHARD ENGELKE.


Judgment entered March 31, 2014


                                /Carolyn Wright/
                                CAROLYN WRIGHT
                                CHIEF JUSTICE